

The following constitutes the order of the court.
Signed December 2, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                  | Case No.: 15-43138
                                       | Chapter 7
Haydee S. Wong,                        |
                                       |
        Debtor.                        |
_____|

**MEMORANDUM ON DEBTOR'S AMENDED IN FORMA PAUPERIS REQUEST**

On October 13, 2015, Debtor filed her Application to Proceed in Forma Pauperis (doc. 3) seeking to have the Court waive the filing fee associated with the above-captioned case. On October 21, 2015, the Court granted Debtor's request and entered an order waiving the filing fee (doc. 6). On November 23, 2015, Debtor filed an amended version of the application to waive the filing fee (the "Amended Application"). The Amended Application indicates that Debtor now earns a higher income.

Although the Court admires Debtor's honesty in amending her application to reflect an increase in income, the unfortunate reality is that the higher income amount puts Debtor above the monthly limit required for a fee waiver

1

(Debtor reported $3,199.76 for a family of 4, where the limit is $3,031.25 for a family of 4).

    The Court hereby orders the following:

1. The Court is not yet deciding whether to approve or deny Debtor's Amended Application.
2. Debtor shall have until Wednesday, December 23, 2015 to supply any additional information to the Court that would address the fact that, as reported, Debtor's income is above the limit required for a fee waiver.
3. If Debtor does not take further action, or if the Court reviews Debtor's additional information and believes that it is insufficient for a fee waiver, the Court will enter an order vacating the previous fee waiver and instead ordering Debtor to pay the filing fee of $335 over four monthly installment payments to begin in January 2016.

**\*END OF ORDER\***

**COURT SERVICE LIST**

**Haydee S. Wong**
1829 Hanlon Way
Pittsburg, CA 94565