CORRINE BIELEJESKI, #244599
EAST BAY BANKRUPTCY LAW
505 W. Second St., Suite G
Antioch, CA 94509
Phone: (925) 752-1826
E-Mail: Corrine@EastBayBkLaw.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 15-43138 WJL |
|---|---|
| **HAYDEE S. WONG,** | Chapter 13 |
| Debtor. | EX PARTE MOTION TO KEEP CASE ADMINISTRATIVELY OPEN |

_____/

Haydee Wong, Debtor in the above-captioned case, hereby moves to keep her case administratively open until June 30, 2016. On April 27, 2016, Debtor brought a motion for sanctions against Julio Mendoza, DDS ("Creditor"). The Court granted Debtor's motion. However, Creditor has yet to pay the sanctions. Debtor requests that the case remain open, in case Debtor needs to bring a further motion with the Court.

WHEREFORE Debtor prays:

1. For an order keeping this case administratively open until June 30, 2016; and
2. For such other and further relief as the court deems appropriate.

Respectfully submitted:

Dated: May 24, 2016                /s/ Corrine Bielejeski
                                       Corrine Bielejeski
                                       Attorney for Debtor