Entered on Docket
May 24, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1 | CORRINE BIELEJESKI, #244599
  | EAST BAY BANKRUPTCY LAW
2 | 505 W. Second St., Suite G
  | Antioch, CA 94509
3 | Phone: (925) 752-1826
  | E-Mail:
4 | Corrine@EastBayBkLaw.com
  | Attorney for Debtor

The following constitutes the order of the court.
Signed May 24, 2016



William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 15-43138 WJL

**HAYDEE S. WONG,**                       Chapter 13

        Debtor.            ORDER GRANTING DEBTOR'S EX
                                          PARTE MOTION TO KEEP CASE
_____/  ADMINISTRATIVELY OPEN

    Haydee Wong, Debtor in the above-captioned case, having moved to keep her case administratively open, and good cause appearing, it is HEREBY ORDERED THAT:

1. This case shall be kept administratively open until June 30, 2016; and
2. The Clerk's Office shall take such steps as are necessary to ensure that the case does not close before then.

                      ** END OF ORDER **

COURT SERVICE LIST

Haydee S. Wong
1829 Hanlon Way
Pittsburg, CA 94565

Julio Mendoza, DDS
1494 Balhan Dr., Suite B
Concord, CA 94521

*All other parties required to receive notice are CM/ECF Registered Participants.*